PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Peter Manna                                                                 Cr.: 10-00126-001
                                                                                                              PACTS #: 54286

Name of Sentencing Judicial Officer:    THE HONORABLE JOSE L. LINARES
                                                            CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/18/2011

Original Offense:   Count One: Distribution and Possession with Intent to distribute 50 grams or more of cocaine base, 21 U.S.C. § 841(a)(1) & b(1)(A)
Count Two: Unlawful Possession of Firearms, 18 U.S.C. § 922(g)(1)

Original Sentence: 121 months imprisonment on Count 1 and on Count 2 (to run concurrently), 5 years supervised release on each of Count 1 & 2 (to run concurrently).

Special Conditions: Alcohol/Drug Testing and Treatment; $1,000 Fine.

Type of Supervision: Supervised Release                                    Date Supervision Commenced: 02/12/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'The defendant shall not commit another federal, state, or local crime during the term of supervision.'** |
| | On July 22, 2019, Manna was charged by the Franklin Police Department with Harassment and Simple Assault. The narrative received from Franklin Police Department alleges Manna threatened complainant Frank Vallelonga, his wife and child. The case was downgraded to Terroristic Threats and is still pending in Franklin Lakes Municipal Court. |

U.S. Probation Officer Action:
Manna reports he does not have contact with Vallelonga or his family at this time. It is respectfully requested that no formal court action be taken at this time. He will be monitored by the probation office and we will keep the Court apprised of any concerns.

Prob 12A – page 2
Peter Manna

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Shannan DaSilva*

By:   SHANNAN P. DASILVA
U.S. Probation Officer

/ sd

APPROVED:

*Elisa Martinez*          11/09/2020

ELISA MARTINEZ                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (**as recommended by the Probation Office).**

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

*s/Susan D. Wigenton, U.S.D.J.*
Signature of Judicial Officer

*December 14, 2020*
Date